# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DE'ANDRA BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00817-SGC |
| TARGET CORPORATION, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On April 2, 2021, the parties filed a joint stipulation of dismissal, signed by counsel of record, in this action. (Doc. 20). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that all claims presented in this matter are **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 41(a)(1)(A)(ii). Costs are taxed as paid.

**DONE** and **ORDERED** this 9th day of April, 2021.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE